UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>        Plaintiff,<br><br>    v.<br><br>OLIVE AND FULTON, LLC,<br><br>        Defendant. | Case No. 1:21-cv-00813-NONE-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 9) |

On August 26, 2021, the parties filed a joint stipulation dismissing this action without prejudice and with each party to bear their own attorney fees and costs. (ECF No. 9). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate all pending deadlines, assign a district judge to this case for the purposes of closing the case, and then to close the case.

IT IS SO ORDERED.

Dated:   **August 27, 2021**                         /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE